**Order filed May 6, 2021.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00246-CV

———————

## IN THE MATTER OF R.C., Appellant

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2017-04332J**

## ORDER

On April 22, 2021 this court ordered appellant's brief stricken because it disclosed the name of a person who was a minor when the underlying suit was filed. *See* Tex. R. App. P. 9.9(a)(3). Appellant filed another brief on May 3, 2021. That brief, however, does not comply. On page 31 of that brief, the minor's name is disclosed. Accordingly, the brief is STRICKEN.

Appellant is ordered to file a brief that complies with Texas Rule of Appellate Procedure 9.9 on or before **May 13, 2021**.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.